# Court of Appeals
# of the State of Georgia

ATLANTA,   August 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1719.  CLINTON'S TRUCK REPAIR, INC. v. ADAMS.**

Appellant Clinton's Truck Repair, Inc. has provided notice to the Court that the parties have reached a settlement in the above-referenced case and that the appeal is therefore moot.  Accordingly, the appeal is DISMISSED.  OCGA § 5-6-48 (b) (3).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 08/20/2014
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*